# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON BAKER,<br><br>          Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.:   2:12-cv-00301-GMN-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE HOFFMAN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable C. W. Hoffman, United States Magistrate Judge, entered October 22, 2012.  No objections have been filed.  The Court has conducted a review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (ECF No. 5) and Defendant's Motion to Dismiss (ECF No. 11) are GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED with prejudice for lack of jurisdiction.  The Clerk shall enter judgment accordingly.

**DATED** this  11th  day of  December, 2012.

_____
Gloria M. Navarro
United States District Judge